**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. SACR 12-00054-CJC |
| ) | |
| Plaintiff, ) | ORDER OF REVOCATION AND DETENTION |
| v. ) | |
| CHRISTINE SANDOVAL, ) | |
| Defendant. ) | |

On motion by the Government and the Court's own motion, the Court finds by clear and convincing evidence that the defendant is a risk of non-appearance and a danger to the community, and that there are no conditions or combination of conditions that will reasonably assure both her appearance as is required and the safety of the community. The Court bases these findings on (1) defendant's recent guilty plea to possessing 15 or more unauthorized access devices in violation of 18 U.S.C. § 1029(a)(3); (2) her history of substance abuse as documented in the Pretrial Services Report dated March 26, 2012; (3) her criminal history that includes four theft convictions, numerous theft arrests, a probation violation, and an outstanding failure to appear on a DMV matter; (4) her failure to report for drug testing on three occasions; (5) her failure to attend cognitive group therapy sessions on three occasions; and finally (6) her recent arrest on March 13, 2013 and pending charges for burglary, theft and possession of a controlled substance. In light of the probable cause for that arrest, a rebuttable presumption arises that no condition or combination of

1 conditions will assure that the defendant will not pose a danger to the safety of the community. The Court
2 also finds that the defendant has not rebutted by sufficient evidence to the contrary this presumption.
3   IT IS THEREFORE ORDERED that the defendant's pretrial release be revoked and that she be
4 detained prior to sentencing.
5   IT IS FURTHER ORDERED that she be committed to the custody of the Attorney General for
6 confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving
7 sentences or being held in custody pending appeal.
8   IT IS FURTHER ORDERED that she be afforded reasonable opportunity for private consultation
9 with counsel.
10   IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any
11 attorney for the Government, the person in charge of the corrections facility in which the defendant is
12 confined deliver her to a United States marshal for the purpose of an appearance in connection with any
13 court proceeding.
14   IT IS ORDERED that the Clerk deliver a copy of this Order of Revocation and Detention to the U.S.
15 Marshal and the U.S. Pretrial Services Office.

18 DATE: April 10, 2013   _____
19   CORMAC J. CARNEY
20   UNITED STATES DISTRICT JUDGE
21 FILED: April 10, 2013
22 TERRY NAFISI, CLERK OF COURT
23 by Dwayne Roberts
24   Deputy Clerk